IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN CORDOVA,

    Plaintiff,

vs.                                                               No. 19-CV-377 RB/KRS

LEA COUNTY DETENTION CENTER,
LEA COUNTY, WARDEN RUBEN
QUINTANA in his individual capacity,
LIEUTENANT JOHEL MALDONADO in his
individual capacity, OFFICER JOE PORTILLO
in his individual capacity, OFFICER ERIC
BLAND in his individual capacity, and
OFFICER DILLON PHIPPS in his individual
capacity,

**Defendants.**

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATTER came before the Court upon the Joint Motion to Extend Deadlines from this Court's Scheduling Order of August 8, 2019. The Court being fully apprised of the circumstances FINDS the motion should be granted.

IT IS THEREFORE ORDERED that the following case management deadlines shall be amended from this Court's Scheduling Order of August 8, 2019 as follows:

| | | |
|---|---|---|
| December 30, 2019 | - | Plaintiff to join parties or amend pleadings |
| January 30, 2020 | - | Defendants to join parties or amend pleadings |
| January 16, 2020 | - | Plaintiff's Expert Disclosure Deadline |
| March 2, 2020 | - | Defendants' Expert Disclosure Deadline |

| | | |
|---|---|---|
| June 1, 2020 | - | Deadline for supplementing discovery/disclosures |
| June 1, 2020 | - | Discovery Cut-Off |
| June 15, 2020 | - | Motions Relating to Discovery |
| June 30, 2020 | - | All other motions |
| July 30, 2020 | - | Pretrial Order from Plaintiff to Defendants |
| August 6, 2020 | - | Pretrial Order from Defendants to Court |

_____
KEVIN R. SWEAZEA
UNITED STATES MAGITRATE JUDGE