IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN CORDOVA,

    Plaintiff,

vs.                                                      No. 1:19-CV-377 RB/KRS

LEA COUNTY DETENTION CENTER,
LEA COUNTY, WARDEN RUBEN
QUINTANA in his individual capacity,
JOHN/JANE DOE CHIEF OF SECURITY FOR
LEA COUNTY DETENTION CENTER in
his/her individual capacity, LIEUTENANT
JOHEL MALDONADO in his individual
capacity, OFFICER JOE PORTILLO in his
individual capacity, OFFICER ERIC BLAND in
his individual capacity, and OFFICER DILLON
PHIPPS in his individual capacity,

    Defendants.

**ORDER GRANTING STIPULATED JOINT MOTION TO
EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION TO COMPEL**

The Court, having considered the Joint Stipulated Motion for Extension of Deadline to File Motion to Compel Defendants for Plaintiff's First Interrogatories and Requests for Production, and being otherwise fully informed, hereby GRANTS the Stipulated Motion and extends the deadline for Plaintiff to file a motion to compel to October 30, 2017.

                                                        _____
                                                        KEVIN R. SWEAZEA
                                                        United States Magistrate Judge