# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

JOHN CORDOVA,

      Plaintiff,

v.                                                    No. 1:19-cv-00377-RB-KRS

LEA COUNTY DETENTION CENTER;
LEA COUNTY; RUBEN R. QUINTANA,
Warden, in his individual capacity; FNU
LNU, Chief of Security for Lea County
Detention Center, in his/her individual
capacity; JOHEL MALDONADO,
Lieutenant, in his individual capacity;
JOE PORTILLO, Officer, in his individual
capacity; ERIC BLAND, Officer, in his
individual capacity; DILLON PHIPPS,
Officer, in his individual capacity; JOHN/
JANE DOE, Chief of Security for Lea
County Detention Center in his/her
individual capacity,

      Defendants.

## STIPULATED ORDER ALLOWING WITHDRAWAL
## AND SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Court on the Unopposed Motion of Defendant Eric Bland to allow counsel of record, Potts & Associates (Amy L. Glasser) to withdraw as counsel and to substitute the law firm of Atwood, Malone, Turner & Sabin, P.A. (Bryan Evans and Alyssa D. Rogers), and the Court having reviewed the Motion, finds that it is well taken and will be granted.

IT IS THEREFORE ORDERED that the law firm of Potts & Associates is hereby allowed to withdraw as counsel for Defendant Eric Bland and that the law firm of Atwood,

Malone, Turner & Sabin, P.A. (Bryan Evans and Alyssa D. Rogers) is substituted as counsel for Defendant Eric Bland.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE