IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN CORDOVA,

    Plaintiff,

vs.                                         No. 1:19-cv-00377-RB/KRS

LEA COUNTY DETENTION CENTER,
LEA COUNTY, WARDEN RUBEN
QUINTANA, in his individual capacity,
JOHN/JANE DOE CHIEF OF SECURITY
FOR LEA COUNTY DETENTION CENTER in
his/her individual capacity, LIEUTENTANT
JOHEL MALDONADO in his individual
capacity, OFFICER JOE PORTILLO in his
individual capacity, OFFICER ERIC BLAND in his
individual capacity, and OFFICER DILLON PHIPPS
in his individual capacity,

    Defendants.

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE
TO DISCLOSE DEFENDANTS' NEUROPSYCHOLOGY EXPERT**

The Court, having read the Stipulated Motion to Extend Deadline to Disclose Defendants' Neuropsychology Expert (Doc. 57), and being otherwise fully informed, hereby GRANTS the Stipulated Motion to Extend Deadline to Disclose Defendants' Neuropsychology Expert and ORDERS that Defendants' deadline to disclose defendants' neuropsychology expert is April 17, 2020.

                                                             _____
                                                             KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE