# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOHN CORDOVA,**

    **Plaintiff,**

vs.                                                                           No. 19-CV-377 KRS/GJF

**LEA COUNTY DETENTION CENTER,**
**LEA COUNTY, WARDEN RUBEN**
**QUINTANA in his individual capacity,**
**LIEUTENANT JOHEL MALDONADO in his**
**individual capacity, OFFICER JOE**
**PORTILLO in his individual capacity,**
**OFFICER ERIC BLAND in his individual**
**capacity, and OFFICER DILLON PHIPPS in**
**his individual capacity,**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AND CAUSES OF ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE

The Parties agree that all they have reached a settlement of all claims and causes of action against all Defendants and, therefore, this case should be dismissed with prejudice. The Court, being fully informed as to the settlement reached and having approved the settlement hereby ORDERS that all claims and causes of action against all defendants are dismissed with prejudice.

                                                  HON. KEVIN R. SWEAZEA
                                                  United States Magistrate Judge

**APPROVED BY:**

*/s/ Alexandra Freedman Smith*
Alexandra Freedman Smith
*Attorney for Plaintiff*

*/s/ Frances C. Carpenter*
Frances C. Carpenter
*Attorney for Plaintiff*

*/s/ Amy L. Glasser via email on 5-11-20*
Amy L. Glasser

*/s/ Bryan Evans via email on 5-11-20*
Bryan Evans, Esq.

1